1 | DANIEL BRODERICK, Bar # 89424
  | Federal Defender
2 | MICHAEL PETRIK, JR., Bar #177913
  | Staff Attorney/Misdememanor Unit
3 | Designated Counsel for Service
  | 801 I Street, 3rd Floor
4 | Sacramento, California 95814
  | Telephone: (916) 498-5700
5 |
  | Attorney for Defendant
6 | CHRISTINA ENGLISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CHRISTINA ENGLISH,<br><br>           Defendant. | Cr.S. 08-290-DAD<br><br>**AMENDED** STIPULATION AND [PROPOSED ORDER] TO CONTINUE JUDGMENT AND SENTENCING AND THE SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT<br><br>Date:  January 13, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

     The United States Attorney through their respective counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Christina English hereby stipulate that the Judgment & Sentencing currently set for November 4, 2008, at 10:00 a.m., be continued to January 13, 2009, at 10:00 a.m.

     The following will be the new presentence report schedule:

     Presentence Report disclosed . . . . . . . . . . . December 9, 2008

     Counsel's Written Objections to the Presentence
     Report Shall be Delivered to the Probation Officer
     and Opposing Counsel no Later Than  . . . . . . December 23, 2008

     The Presentence Report Shall be Filed with the
     Court and Disclosed to Counsel no Later Than . . December 30, 2008

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than . . . . . . . . . . . . . . . . . . . . . . | January 6, 2009 |

United States Probation Officer, Julie Fowler, has no objection to the new scheduled dates.

Dated: September 29, 2008           Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/  M. Petrik
                                              _____
                                              MICHAEL PETRIK, JR.
                                              Staff Attorney
                                              Attorneys for Defendant
                                              LINDA K. JENNINGS

Dated: September 29, 2008           McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Matthew Stegman
                                              _____
                                              For ROBERT TICE-RASKIN
                                              Assistant U.S. Attorney

## O R D E R

IT IS SO ORDERED.

Dated:  10/1/08                  *[signature]*
                                              _____
                                              DALE A. DROZD
                                              United States Magistrate Court