1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  MICHAEL PETRIK, JR., Bar #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHRISTINA ENGLISH

                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                                    )  Cr.S. 08-290-DAD
                                    )
                                    )  STIPULATION AND ORDER TO CONTINUE
   UNITED STATES OF AMERICA,         )  JUDGMENT AND SENTENCING AND THE
                                    )  SCHEDULE FOR DISCLOSURE OF
             Plaintiff,              )  PRESENTENCE REPORT AND FOR FILING
                                    )  OF OBJECTIONS TO THE PRE-SENTENCE
       v.                            )  REPORT
                                    )
   CHRISTINA ENGLISH,                )  Date:  March 10, 2009
                                    )  Time:  10:00 a.m.
             Defendant.              )  Judge: Hon. Dale A. Drozd
   _____    )

       The United States Attorney through their respective counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Christina English hereby stipulate that the Judgment & Sentencing currently set for January 13, 2009, at 10:00 a.m., be continued to March 10, 2009, at 10:00 a.m.

       The following will be the new presentence report schedule:

       Presentence Report disclosed . . . . . . . . . .  February 3, 2009

       Counsel's Written Objections to the Presentence
       Report Shall be Delivered to the Probation Officer
       and Opposing Counsel no Later Than   . . . . . .  February 17, 2009

       The Presentence Report Shall be Filed with the
       Court and Disclosed to Counsel no Later Than . .  February 24, 2009

```
   Motion for Correction of the Presentence Report
   Shall be Filed with the Court and Served on the
   Probation Officer and Opposing Counsel no
   Later Than  . . . . . . . . . . . . . . . . . . . . . . March 3, 2009
```

United States Probation Officer, Julie Fowler, has no objection to the new scheduled dates.

| | |
|---|---|
| Dated:   December 19, 2008 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/  M. Petrik<br>_____<br>MICHAEL PETRIK, JR.<br>Staff Attorney<br>Attorneys for Defendant<br>CHRISTINA ENGLISH |
| Dated: December 19, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ M. Petrik for<br>_____<br>ROBERT TICE-RASKIN<br>Assistant U.S. Attorney |

**O R D E R**

IT IS SO ORDERED.

DATED: December 19, 2008.

*/s/ Dale A. Drozd*
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/english0290.stipord