DANIEL BRODERICK, Bar # 89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTINA ENGLISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINA ENGLISH,<br><br>　　　　Defendant.<br>_____ | Cr.S. 08-290-DAD<br><br>**AMENDED** STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND THE SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT<br><br>Date:　April 14, 2009<br>Time:　10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

　　　The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Christina English hereby stipulate that the Judgment & Sentencing currently set for March 10, 2009, at 10:00 a.m., be continued to April 14, 2009, at 10:00 a.m.

　　　The following will be the new presentence report schedule:

　　　Presentence Report disclosed . . . . . . . . . . . March 10, 2009

　　　Counsel's Written Objections to the Presentence
　　　Report Shall be Delivered to the Probation Officer
　　　and Opposing Counsel no Later Than　. . . . . . . March 24, 2009

　　　The Presentence Report Shall be Filed with the
　　　Court and Disclosed to Counsel no Later Than . . . March 31, 2009

```
Motion for Correction of the Presentence Report
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel no
Later Than . . . . . . . . . . . . . . . . . . . . . . . April 7, 2009
```

United States Probation Officer, Julie Fowler, has no objection to the new scheduled dates.

Dated:   February 17, 2009          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/  M. Petrik
_____
MICHAEL PETRIK, JR.
Staff Attorney
Attorneys for Defendant
CHRISTINA ENGLISH

Dated: February 18, 2009          LAWRENCE G. BROWN
Acting United States Attorney

/s/ M. Petrik for
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: February 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/english0290.stipord(2)