```
1  DANIEL BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  CHRISTINA ENGLISH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-cr-0290 DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) SENTENCING |
| v. | ) |
| CHRISTINA ENGLISH, | ) Date: April 14, 2009 ) Time: 10:00 a.m. ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

The United States Attorney through counsel, Matthew C. Stegman, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Christina English, stipulate and request that the Court reschedule the sentencing set for April 14, 2009, at 10:00 a.m., to April 21, 2009, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation And Order                    1                       08-290-DAD

Given the fact that a lengthy petty offense calendar will occur on April 14, 2009, counsel for the defense requests this continuance in order to prepare for Ms. English's sentencing in an adequate fashion.

Dated: April 13, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/  M.Petrik
_____
MICHAEL PETRIK, Jr.
Staff Attorney/Misdemeanor Unit
Attorneys for Defendant
CHRISTINA ENGLISH

Dated: April 13, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Stegman
_____
MATTHEW C. STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: April 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/english0290.stipord(3)