DANIEL BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHRISTINA ENGLISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-cr-290-GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SURRENDER DATE |
| v. | Judge: Hon. Dale A. Drozd |
| CHRISTINA ENGLISH, | |
| Defendant. | |

It is hereby stipulated between the United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, and the defendant, by and through counsel, MICHAEL PETRIK, Jr., Staff Attorney, that the surrender date of May 26, 2009, on or before 12:00 p.m., be continued to June 16, 2009, on or before 12:00 p.m.

The reason for this continuance is that last week the Bureau Of Prisons designated Ms. English to FMC Carswell, a medical facility in

///
///
///
///
///
///
///

1

08-290-DAD

1 Texas. Ms. English requires more time to make arrangements to travel to Texas, and to arrange for the
2 care of her children.

3

4 DATED: May 26, 2009							Respectfully submitted,

5											DANIEL J. BRODERICK
											Federal Defender
6
											/s/ M.Petrik
7											_____
											MICHAEL PETRIK, Jr.
8											Staff Attorney/Misdemeanor Unit
											Attorneys for CHRISTINA ENGLISH
9

10

11 DATED: May 26, 2009							LAWRENCE G. BROWN
											Acting United States Attorney
12
											/s/ Matthew C. Stegman
13											_____
											MATTHEW C. STEGMAN
14											Assistant U.S. Attorney

15

16								_____

17

18									O R D E R

19		IT IS SO ORDERED.

20 DATED: May 26, 2009.

21

22								_____
								DALE A. DROZD
23								UNITED STATES MAGISTRATE JUDGE

24

25 Ddad1/orders.criminal/english0290.stipord(4)

26

27

28