```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant

 7

 8                   UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,   ) No. 08-290-GEB-DAD
                                )
11              Plaintiff,      ) STIPULATION AND [PROPOSED ORDER]
                                ) TO CONTINUE HEARING TOGETHER WITH
12      v.                      ) PROPOSED BRIEFING SCHEDULE
                                )
13  CHRISTINA ENGLISH,          ) Date:  May 29, 2009
                                ) Time:  9:00 a.m.
14              Defendant.      ) Judge: Hon. Garland E. Burrell
    _____)
15
```

THE PARTIES STIPULATE AND REQUEST through their counsel, Matthew C. Stegman, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Ms. English, that the Court vacate the hearing scheduled for May 29, 2009, at 9:00 a.m., and reset it for August 14, 2009, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation And [Proposed Order]         1                08-290-GEB-DAD

1  The parties also stipulate to the following briefing schedule:
2  Appellant's Brief and Excerpt due . . . . . . . . . . . July 3, 2009;
3  Appellee's Brief and Excerpt due . . . . . . . . . . July 31, 2009;
4  Appellant's Optional Reply due . . . . . . . . . . . August 7, 2009
5  Hearing on Appeal  . . . . . . . . . . August 14, 2009, at 9:00 a.m.
6
7  Dated: May 27, 2009                Respectfully submitted,
8                                     DANIEL J. BRODERICK
                                      Federal Defender
9
                                      /s/ M.Petrik
10                                    _____
11                                    MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant
12
13 Dated: May 27, 2009                LAWRENCE G. BROWN
                                      Acting United States Attorney
14
                                      /s/ M.Petrik for Matthew C. Stegman
15                                    _____
                                      MATTHEW C. STEGMAN
16                                    Assistant U.S. Attorney
                                      Attorneys for Plaintiff
17
18                         **ORDER**
19
20     **IT IS SO ORDERED.**
21
   Dated:  June 1, 2009
22
23                                    _____
                                      GARLAND E. BURRELL, JR.
24                                    United States District Judge
25
26
27
28 Stipulation And [Proposed Order]      2              08-290-GEB-DAD