DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTINA ENGLISH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-008-00290-GEB |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER SEALING |
| | ) | PRESENTENCE REPORT (Under Seal) |
| v. | ) | |
| | ) | |
| CHRISTINA ENGLISH, | ) | |
| | ) | Judge: GARLAND E. BURRELL, JR. |
| Defendants. | ) | |

**ORDER**

IT IS ORDERED that the Advisory Guideline Presentence Investigation Report filed as an exhibit to the Appeal Brief on July 2, 2009 herein placed in a sealed envelope, shall be maintained under seal by the clerk of this Court and shall not be made available to the public.

Dated: June 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge