LAWRENCE G. BROWN
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BRIAN J. MILLER
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Cr. No. 08-290-GEB-DAD |
| ) | | |
| Plaintiff, ) | | GOVERNMENT'S STIPULATION AND |
| ) | | ORDER TO CONTINUE HEARING AND |
| v. ) | | APPELLANT'S OPTIONAL REPLY |
| ) | | BRIEF |
| CHRISTINA ENGLISH, ) | | |
| ) | | Date: August 28, 2009 |
| Defendant. ) | | Time: 9:00 a.m. |
| ) | | Judge: Hon. Garland E. Burrell |

THE PARTIES STIPULATE AND REQUEST through their counsel, Matthew C. Stegman, Assistant United States Attorney, and Michael Petrik, Jr., attorney for the defendant, that the Court vacate the hearing scheduled for August 28, 2009, at 9:00 a.m., and reset it for September 11, 2009, at 9:00 a.m.

///
///
///
///
///
///
///

1

The Government requests this continuance because the assigned misdemeanor prosecutor is unavailable to appear at the currently scheduled date and defense counsel does not object to the continuance.

Further, the defendant requests that the filing of Appellant's Optional Reply brief be amended from August 7, 2009 to August 21, 2009, and the government does not object.

DATED: August 5, 2009                LAWRENCE G. BROWN
                                     Acting United States Attorney

                              By:    /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney


DATED: August 5, 2009                DANIEL J. BRODERICK
                                     Federal Defender

                              By:    /s/ Michael Petrik, Jr.
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender



O R D E R

IT IS SO ORDERED:

Dated:  August 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge