```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  BRIAN J. MILLER
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>         Plaintiff,                )<br>                                   )<br>    vs.                            )<br>                                   )<br> CHRISTINA ENGLISH,                )<br>                                   )<br>         Defendant.                )<br>                                   )<br>_____) | Cr. No. S-08-290-GEB-DAD<br><br>ORDER AUTHORIZING CERTIFIED LAW<br>STUDENT TO APPEAR AND ARGUE ON<br>BEHALF OF THE GOVERNMENT<br><br>DATE:   September 11, 2009<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell |

Under Local Rule 83-181, the government's request for permission for BRIAN J. MILLER, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the government is granted.

IT IS SO ORDERED.

Dated:  September 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge