IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRISTINA ENGLISH )<br><br>Defendant. )<br>_____ ) | Cr. No. 08-290-GEB-DAD<br><br>ORDER |

Defendant and appellant Christina English appeals the six month prison sentence imposed by the magistrate judge, arguing the sentence is unreasonable in light of sentencing factors in 18 U.S.C. §3553(a). Specifically, English argues the sentence fails to show that the magistrate judge took into account English's unique situation which warrants a non-custodial sentence. However, during oral argument held September 11, 2009, the appellee explained that each matter that English argues was disregarded is in English's pre-sentence report, and the magistrate judge explained he considered the pre-sentence report and the §3553(a)factors before imposing sentence. Nothing in the record supports English's argument.

1         "[O]nly a procedurally erroneous or substantively

2 unreasonable sentence will be set aside." <u>United States v. Carty</u>, 520

3 F.3d 984, 993 (9th Cir.2008) (en banc).   English's appeal fails to

4 meet either standard, and is based on her unsupported assumption that

5 the magistrate judge failed to consider applicable sentencing factors

6 bearing on her sentence.   Therefore, the magistrate judge's sentence

7 is affirmed.

8         Further, on August 14, 2009, English filed a motion to

9 change how she serves the remainder of her sentence.   However, English

10 fails to show the court has jurisdiction to consider this motion.

11 Therefore, this motion is denied.

12 Dated:   September 15, 2009

13

14 _____
    GARLAND E. BURRELL, JR.

15     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28